UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE ESHE FUND, Individually and on behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIFTH THIRD BANCORP; KEVIN T. KABAT; CITIGROUP GLOBAL MARKETS INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; MORGAN STANLEY & CO. INCORPORATED; UBS SECURITIES LLC.; BANC OF AMERICA SECURITIES LLC; and CREDIT SUISSE SECURITIES (USA) LLC,<br><br>Defendants. | No. 1:08-cv-00421-SSB-TSB<br><br>CLASS ACTION<br><br>Judge Sandra S. Beckwith |

**SCHEDULING ORDER**

This Court, having reviewed and considered the Stipulation and Proposed Scheduling Order filed by Lead Plaintiffs and Defendants, it is hereby ORDERED:

1.      Lead Plaintiffs shall file the consolidated class action complaint on or before March 2, 2009, unless otherwise agreed upon by the parties or ordered by the Court. The Defendants need not respond to any complaint filed in this action prior to the filing of the consolidated complaint.

2.      The Defendants shall respond to the consolidated complaint on or before April 30, 2009, unless otherwise agreed upon by the parties or ordered by the Court.

3.    If the Defendants filed any motion directed at the consolidated complaint,

Co-Lead Plaintiffs shall file their opposition brief on or before June 29,

2009, and the Defendants shall filed their reply on or before July 29, 2009,

unless otherwise agreed upon by the parties or ordered by the Court.

Dated this ___ day of January 2009.

_____
Hon. Sandra S. Beckwith
United States District Judge