UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LOCAL 295/LOCAL 851 IBT EMPLOYER GROUP PENSION TRUST AND WELFARE FUNDS AND DISTRICT NO. 9, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　-v- <br><br>FIFTH THIRD BANCORP, *et al.*, <br><br>　　　　Defendants. | ) <br> ) <br> ) Case No. 1:08-cv-421 <br> ) <br> ) (Judge Sandra S. Beckwith) <br> ) (Magistrate Judge Timothy S. Black) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS

Defendants submit this Notice of Supplemental Authority to direct the Court's attention to the Southern District of Ohio's recent decision in *In re Huntington Bancshares Inc. Securities Litigation*, No. 2:07-cv-1276, 2009 U.S. Dist. LEXIS 114081 (S.D. Ohio Dec. 4, 2009) (attached at Tab A). This decision provides further support for Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (Doc. No. 78) and the Underwriter Defendants' Supplemental Memorandum Supporting Motion to Dismiss (Doc. No. 79). The court held that the plaintiffs' allegations of knowingly made, false statements pertaining to the bank's exposure to subprime lending failed to adequately allege falsity in light of the bank's disclosures and the confidential witnesses' lack of allegations showing that the defendants knew any statement to be false when made. The court further held that the plaintiffs failed to adequately allege scienter when the individual defendants did not sell company stock during the class period, the company was not required to restate its financial statements, the plaintiffs made general allegations regarding the receipt of reports and access to information by virtue of the defendants' positions

within the company, and the allegations of motive were common to all executives.  The court dismissed the complaint with prejudice.

| | |
|---|---|
| Dated:  January 6, 2010 | Respectfully submitted, |
| | s/ James E. Burke<br>James E. Burke (0032731)<br>Joseph M. Callow, Jr. (0061814)<br>Jennifer J. Morales (0076835)<br>Danielle M. D'Addesa (0076513)<br>Anthony M. Verticchio (0084645)<br>KEATING MUETHING & KLEKAMP PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, Ohio 45202<br>Telephone: (513) 579-6400<br>E-mail: jburke@kmklaw.com<br>     jcallow@kmklaw.com<br>     jmorales@kmklaw.com<br>     ddaddesa@kmklaw.com<br>     averticchio@kmklaw.com |
| | *Attorneys for Fifth Third Bancorp, Fifth Third Securities, Fifth Third Capital Trust VI, Fifth Third Capital Trust VII, Kevin T. Kabat, Christopher G. Marshall, and Daniel T. Poston* |
| | -and- |
| | [*continued on next page*] |

        s/ Glenn Virgil Whitaker
Glenn Virgil Whitaker (0018169)
Mary C. Henkel (0039563)
Dorothea K. Langsam (0082973)
VORYS, SATER, SEYMOUR AND PEASE LLP
221 East Fourth Street, Suite 2000
Atrium Two
Cincinnati, Ohio 45202
Telephone: (513) 723-4000
E-mail: gvwhitaker@vorys.com
       mchenkel@vorys.com
       dklangsam@vorys.com

*Attorneys for Darryl F. Allen, John F. Barrett, Ulysses L. Bridgeman, Jr., James P. Hackett, Gary R. Heminger, Joan R. Herschede, Allen M. Hill, Robert L. Kock, II, Mitchel D. Livingston, Ph.D., Hendrik G. Meijer, James E. Rogers, George A. Schaeffer, Jr., John J. Schiff, Jr., and Dudley S. Taft.*

    -and-

        s/ Robert A. Pitcairn, Jr.
Robert A. Pitcairn, Jr. (0010293)
KATZ, TELLER, BRANT & HILD
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202
Telephone: (513) 977-3477
E-mail: rpitcairn@katzteller.com

*Attorney for Defendants UBS Securities LLC, Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. Incorporated, Wachovia Capital Markets, LLC, Banc of America Securities LLC, Credit Suisse Securities (USA) LLC and Barclays Capital Inc*

OF COUNSEL:

Herbert S. Washer
Adam S. Hakki
Daniel Lewis
SHEARMAN & STERLING LLP
559 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
E-mail: herbert.washer@shearman.com
　　　　ahakki@shearman.com
　　　　daniel.lewis@shearman.com

Laura A. Hinegardner
KATZ, TELLER, BRANT & HILD
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202
Telephone: (513) 977-3484
E-mail: lhinegardner@katzteller.com

## CERTIFICATE OF SERVICE

　　　I hereby certify that a copy of the foregoing was served upon all counsel of record via the Court's ECF system this 6th day of January, 2010.

　　　　　　　　　　　　　　　　　　　 s/ Anthony M. Verticchio
　　　　　　　　　　　　　　　　　　　Anthony M. Verticchio

3273719.1