**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**LOCAL 295/LOCAL 851 IBT EMPLOYER GROUP PENSION TRUST AND WELFARE FUNDS AND DISTRICT NO. 9, *et al.*,**

**Plaintiffs,**

**-v-**

**FIFTH THIRD BANCORP, *et al.*,**

**Defendants.**

**Case No. 1:08-cv-421**

**(Judge Sandra S. Beckwith)**
**(Magistrate Judge Timothy S. Black)**

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants submit this Notice of Supplemental Authority to direct the Court's attention to the Southern District of New York's recent decision in *Blackmoss Investments Inc. v. ACA Capital Holdings, Inc.*, No. 07 civ. 10528, 2010 U.S. Dist. LEXIS 2899 (S.D.N.Y. Jan. 14, 2010) (attached at Tab A), in which the court dismissed claims brought under Sections 11 and 12(a)(2) of the Securities Act of 1933. This decision provides further support for Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (Doc. No. 78) and the Underwriter Defendants' Supplemental Memorandum Supporting Motion to Dismiss (Doc. No. 79). The court held that the defendant company, which saw its stock price fall from $13.00 per share to $0.05 per share, had in fact disclosed the information that the plaintiffs alleged was withheld. Furthermore, the court independently dismissed the plaintiffs' claims based on the defendants' negative causation defense, holding that in light of the defendants' disclosures, the plaintiffs could not establish a causal relationship between the defendants' alleged misrepresentations and the subsequent decline in the defendant company's stock price. The court dismissed the complaint with prejudice.

Dated: February 17, 2010

Respectfully submitted,

s/ James E. Burke

James E. Burke (0032731)
Joseph M. Callow, Jr. (0061814)
Jennifer J. Morales (0076835)
Danielle M. D'Addesa (0076513)
Anthony M. Verticchio (0084645)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579-6400
E-mail: jburke@kmklaw.com
jcallow@kmklaw.com
jmorales@kmklaw.com
ddaddesa@kmklaw.com
averticchio@kmklaw.com

*Attorneys for Fifth Third Bancorp, Fifth Third Securities, Fifth Third Capital Trust VI, Fifth Third Capital Trust VII, Kevin T. Kabat, Christopher G. Marshall, and Daniel T. Poston*

-and-

[*continued on next page*]

s/ Glenn Virgil Whitaker
Glenn Virgil Whitaker (0018169)
Mary C. Henkel (0039563)
Dorothea K. Langsam (0082973)
VORYS, SATER, SEYMOUR AND PEASE LLP
221 East Fourth Street, Suite 2000
Atrium Two
Cincinnati, Ohio 45202
Telephone: (513) 723-4000
E-mail: gvwhitaker@vorys.com
mchenkel@vorys.com
dklangsam@vorys.com

*Attorneys for Darryl F. Allen, John F. Barrett, Ulysses L. Bridgeman, Jr., James P. Hackett, Gary R. Heminger, Joan R. Herschede, Allen M. Hill, Robert L. Kock, II, Mitchel D. Livingston, Ph.D., Hendrik G. Meijer, James E. Rogers, George A. Schaeffer, Jr., John J. Schiff, Jr., and Dudley S. Taft.*

-and-

s/ Robert A. Pitcairn, Jr.
Robert A. Pitcairn, Jr. (0010293)
KATZ, TELLER, BRANT & HILD
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202
Telephone: (513) 977-3477
E-mail: rpitcairn@katzteller.com

*Attorney for Defendants UBS Securities LLC, Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. Incorporated, Wachovia Capital Markets, LLC, Banc of America Securities LLC, Credit Suisse Securities (USA) LLC and Barclays Capital Inc.*

OF COUNSEL:

Herbert S. Washer
Adam S. Hakki
Daniel Lewis
SHEARMAN & STERLING LLP
559 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
E-mail: herbert.washer@shearman.com
ahakki@shearman.com
daniel.lewis@shearman.com

Laura A. Hinegardner
KATZ, TELLER, BRANT & HILD
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202
Telephone: (513) 977-3484
E-mail: lhinegardner@katzteller.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record via the Court's ECF system this 17th day of February, 2010.

s/ Anthony M. Verticchio
Anthony M. Verticchio

3312959.1