UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LOCAL 295/LOCAL 851 IBT EMPLOYER
GROUP PENSION TRUST AND WELFARE
FUND, *et al.*,

Plaintiffs,

vs.

FIFTH THIRD BANCORP, *et al.*,

Defendants.

Case No. 1:08-cv-421

Judge Sandra S. Beckwith

Magistrate Judge Sharon L. Ovington

### STIPULATED ORDER
### PURSUANT TO MAGISTRATE OVINGTON'S FEBRUARY 2, 2012 REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation of Magistrate Judge Ovington dated February 2, 2012, Plaintiffs, Defendant Fifth Third Bancorp, and the Intervening Parties (the Federal Reserve Board, the Ohio Superintendent of Financial Institutions, and the Michigan Office of Financial Insurance) met and conferred regarding: (a) a proposed schedule for the Intervening Parties to complete their review of documents currently being withheld from production by the Fifth Third Defendants under the bank examination privileges; and (b) a deadline for the production of non-privileged documents, if any, resulting from the review process.

The Federal Reserve Board indicated during the meet and confer process that it needed until April 30 to complete its review of the privilege log and documents, given its resources and commitments to a number of pending matters. The Federal Reserve Board asked for voluntary compliance with 12 C.F.R. §§ 261.22(b)(ii)-(vi) by Plaintiffs and Defendants to assist it in expediting its review of the privilege log and documents, but Plaintiffs have refused. Based on the position of the Federal Reserve Board and in order to synthesize the input of all Intervening

Parties, Fifth Third and the Intervening Parties proposed an April 30, 2012 deadline to submit a revised and comprehensive privilege log and Fifth Third agreed to produce non-privileged documents, if any, within 10 days.

Plaintiffs proposed earlier dates for completion of the review process and believe that the process should be completed quicker. Plaintiffs proposed an alternative plan to voluntary compliance with 12 C.F.R. §§ 261.22(b)(ii)-(vi) involving confidential review of privileged documents under Fed. R. Evid. 502 which was rejected by the Federal Reserve Board. Plaintiffs, nevertheless, are willing to compromise and agree to the timeframes proposed by the Fifth Third and the Intervening Parties in order to conserve the resources of all parties and the Court and to expedite the production of the revised privilege log and non-privileged documents, without further litigation concerning the schedule.

IT IS THEREFORE STIPULATED AND ORDERED:

1. Fifth Third will receive work product from the Intervening Parties after they have completed their review of the privilege log and documents and provide a revised Privilege Log to Plaintiffs by April 30, 2012; and

2. Fifth Third will produce any non-privileged documents resulting from this review process to the Plaintiffs by May 10, 2012.

Dated: February 21, 2012            */s/ Phyllis E. Brown*
                                    Phyllis E. Brown, Esq.
                                    **LAW OFFICES OF PHYLLIS E. BROWN**
                                    119 East Court Street
                                    Cincinnati, OH 45202
                                    Tel: (513) 241-0061
                                    Fax: (513) 621-7086
                                    Email: phyllis@pebrownlaw.com

                                    *Liaison Counsel for Plaintiffs and the Class*

2

Sherrie R. Savett, Esq.
Barbara A. Podell, Esq.
Phyllis M. Parker, Esq.
Eric Lechtzin, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
E-mail: ssavett@bm.net
 bpodell@bm.net
 pparker@bm.net
 elechtzin@bm.net

Jack Reise, Esq.
Stephen R. Astley, Esq.
Elizabeth Shonson, Esq.
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Tel: (561) 750-3000
Fax: (561) 750-3364
E-mail: jreise@rgrdlaw.com
 sastley@rgrdlaw.com
 eshonson@rgrdlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

/s/ *James E. Burke*
James E. Burke, Esq. (0032731)
Joseph M. Callow, Jr., Esq. (0061814)
Jennifer J. Morales, Esq. (0076835)
Danielle M. D'Addesa, Esq. (0076513)
Anthony M. Verticchio, Esq. (0084645)
**KEATING MUETHING & KLEKAMP PLL**
One East Forth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6400
E-mail: jburke@kmklaw.com
jcallow@kmklaw.com
jmorales@kmklaw.com
ddaddesa@kmklaw.com
tverticchio@kmklaw.com

***Attorneys for Fifth Third Bancorp, Fifth Third Securities, Fifth Third Capital Trust VI, Fifth Third Capital Trust VII, Kevin T. Kabat, Christopher G. Marshall, and Daniel T. Poston***


/s/ *Yvonne F. Mizusawa*
Yvonne F. Mizusawa, Esq.
Senior Counsel
Katherine H. Wheatley, Esq.
Associate General Counsel
Board of Governors of the Federal Reserve System
20th & C Streets N.W.
Washington, D.C. 20551
Tel: (202) 452-3436
Fax: (202) 736-5615
E-mail: yvonne.f.mizusawa@frb.gov

***Attorney for Non-Party Board of Governors of the Federal Reserve System***

4

/s/ William J. Cole
William J. Cole, Esq.
Assistant Attorney General
Executive Agencies Sections
30 East Broad Street, 26th Floor
Columbus, OH 43215
Tel: (614) 466-2980
Fax: (866) 354-4086
E-mail: william.cole@ohioattorneygeneral.gov

*Attorney for Proposed Intervenor Ohio Superintendent of Financial Institutions*

/s/ Jason R. Evans
Jason R. Evans, Esq.
Assistant Attorney General
Attorney for Michigan Office of
Financial and Insurance Regulation
Corporate Oversight Division
P.O. Box 30755
Lansing, MI 48909
Tel: (517) 373-1160
E-mail: evansj@michigan.cov

*Attorney for Proposed Intervenor Michigan Office of Financial and Insurance Regulation*

**SO ORDERED:**

This 22nd day of February, 2012

Magistrate Judge Sharon L. Ovington

kal938187

4255525.1

5